**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA and THE COALITION TO STOP CPKC, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Case Nos. 23-1165 & 23-1274 (Consolidated) |
| SURFACE TRANSPORTATION BOARD and UNITED STATES OF AMERICA, | ) ) ) | |
| Respondents. | ) ) | |

## METRA'S UNOPPOSED MOTION TO DISMISS

Petitioner Commuter Rail Division of the Regional Transportation Authority d/b/a/ Metra ("Metra"), pursuant to Fed. R. App. P. 42, respectfully moves to dismiss the Petition for Review in Case No. 23-1274 with prejudice, with each of the relevant parties to bear their own respective costs and attorneys' fees. This motion is made only with respect to Metra and not to any other parties and will not prejudice any party. Counsel for Metra has contacted counsel for the other parties in these consolidated cases and has been authorized to represent that no party opposes this motion.

/s/ *W. Eric Pilsk*
W. Eric Pilsk
Charles A. Spitulnik
Christian L. Alexander
Kaplan Kirsch LLP
1634 I (Eye) Street, Suite 300
Washington, DC 20006
(202) 955-5600
(202) 955-5616 - Facsimile
epilsk@kaplankirsch.com
cspitulnik@kaplankirsch.com
calexander@kaplankirsch.com

*Counsel for Commuter Rail Division of the Regional Transportation Authority d/b/a/ Metra*

Date: July 22, 2024

**CERTIFICATE OF COMPLIANCE WITH LENGTH LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 95 words.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word and Times New Roman font, size 14.

 /s/ *W. Eric Pilsk*
W. Eric Pilsk

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, I caused a true and correct copy of the foregoing Unopposed Motion of Metra to Dismiss to be served by ECF on all parties who have appeared in this case.


  /s/ *W. Eric Pilsk*
W. Eric Pilsk