**No. 23-1165**                                  **September Term, 2023**

STB-FD 36500
STB-FD36500

Filed On: July 26, 2024

Coalition to Stop CPKC,

       Petitioner

     v.

Surface Transportation Board and United States of America,

       Respondents

------------------------------

Canadian Pacific Kansas City Limited,
                Intervenor

------------------------------

Consolidated with 23-1274

# O R D E R

Upon consideration of petitioner's unopposed motion to dismiss No. 23-1274, it is

**ORDERED** that the motion be granted and No. 23-1274 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 23-1274 with No. 23-1165 be terminated.

The Clerk is directed to issue forthwith the mandate in No. 23-1274.

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                    BY:     /s/
                                                 Lynda M. Flippin
                                                 Deputy Clerk