ORAL ARGUMENT NOT YET SCHEDULED

No. 23-1165

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

COALITION TO STOP CPKC,
*Petitioner*,

v.

SURFACE TRANSPORTATION BOARD
and UNITED STATES OF AMERICA,
*Respondents*,
and

CANADIAN PACIFIC KANSAS CITY LIMITED,
*Intervenor*.
_____

**RESPONDENTS' UNOPPOSED MOTION
TO EXTEND THE BRIEFING SCHEDULE**
_____

Respondents the Surface Transportation Board and the United States of America respectfully move the Court to extend the briefing schedule in this case by 30 days due to a dispute among the parties about how the case should proceed. Respondents anticipate filing an opposed motion to govern future proceedings. A 30-day extension is necessary to allow Respondents to prepare and file that motion. Respondents' counsel have consulted with counsel for all other parties and no parties oppose a 30-day extension.

The Court should therefore extend the deadlines in this case by 30 days, yielding deadlines as follows:

- Respondents' brief would be due September 30, 2024.

- Intervenor's brief would be due October 16, 2024.

- Petitioner's reply brief would be due November 22, 2024.

- The deferred joint appendix would be due December 6, 2024.

- Final briefs would be due December 20, 2024.

Respectfully submitted,

JUSTIN D. HEMINGER
TAMARA N. ROUNTREE
Attorneys
Environment and Natural
Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

ROBERT B. NICHOLSON
ROBERT J. WIGGERS
Attorneys
Antitrust Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

ANIKA S. COOPER
General Counsel

/s/ Drew Van Denover
ADAM M. KRESS
DREW VAN DENOVER
Attorneys
Surface Transportation Board
395 E Street, SW
Washington, D.C. 20423
(202)-245-0276
andrew.vandenover@stb.gov

August 15, 2024

**CERTIFICATE OF COMPLIANCE WITH LENGTH LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 140 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word and Times New Roman font, size 14.

/s/ Drew Van Denover
DREW VAN DENOVER
Attorney
Surface Transportation Board
395 E Street, SW
Washington, D.C. 20423
(202)-245-0276
andrew.vandenover@stb.gov

August 15, 2024