# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-1165                                                     September Term, 2024

STB-FD36500

Filed On: September 30, 2024

Coalition to Stop CPKC,

        Petitioner

        v.

Surface Transportation Board and United
States of America,

        Respondents

------------------------------

Canadian Pacific Kansas City Limited,
        Intervenor

       **BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the motion to govern future proceedings, the opposition thereto, and the reply, it is

**ORDERED** that, in accordance with the below schedule, petitioner may file an amended brief, not to exceed 13,000 words, limited to the issues and arguments that its original brief raised or incorporated by reference from the brief of appellant in No. 23-1274. It is

**FURTHER ORDERED** that the following revised briefing schedule and format will apply in this case:

| | |
|---|---|
| Petitioner's Amended Brief<br>(not to exceed 13,000 words) | October 28, 2024 |
| Respondents' Brief<br>(not to exceed 13,000 words) | January 21, 2025 |
| Respondent-Intervenor's Brief<br>(not to exceed 9,100 words) | February 4, 2025 |

| | |
|---|---|
| Petitioner's Reply Brief (not to exceed 6,500 words) | February 18, 2025 |
| Deferred Joint Appendix | February 25, 2025 |
| Final Briefs | March 11, 2025 |

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Selena R. Gancasz
Deputy Clerk